377 A.2d 1267

**Lonnie L. DULL, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania.**

**Bernard YAGLE, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

June 3, 1977.

Application for Allocatur Denied
July 28, 1977.

William G. Boyle, Meyer, Unkovic & Scott, Pittsburgh, for petitioners.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Asst. Dist. Atty., Pittsburgh, for respondent.

## ORDER OF COURT

PER CURIAM.

The order of the Superior Court quashing the appeal to it in this case is vacated and the case remanded to that court for a determination of the appeal on its merits. See *Commonwealth v. Haefner*, 473 Pa. 154, 373 A.2d 1094, decided this date and *Commonwealth v. Bolden*, 472 Pa. 602, 373 A.2d 90 (1977).